IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHEROD LAMAR OWINGS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1506

Opinion filed June 6, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Rodney G. Gregory, Vanessa Z. Newtson and Samuel Ranard, of The Gregory Law Firm, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.